UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

| | |
|---|---|
| U.S. BANK ASSOCIATION, AS TRUSTEE<br>FOR J.P. MORGAN MORTGAGE<br>ACQUISITION TRUST 2006-NC1,<br>ASSET BACKED PASS-THROUGH<br>CERTIFICATES, SERIES 2006-NC1<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>VERMONT MUTUAL INSURANCE<br>COMPANY, CRAIG A. GEARY,<br>ORESTES G. BROWN, ESQ.,<br>METAXAS BROWN PIDGEON LLP<br>ROBERT H. KIDNEY, and THOMAS P. GUNN,<br><br>　　　　　Defendants. | Civil Action No. 515-CV-90 |

**SPECIAL APPEARANCE AND MOTION OF DEFENDANTS ORESTES G. BROWN, ESQ. AND METAXAS BROWN PIDGEON LLP TO DISMISS PLAINTIFF'S COMPLAINT FOR LACK OF PERSONAL JURISDICTION**

The defendants, Orestes G. Brown, Esq. and Metaxas Brown Pidgeon LLP, hereby submit this special appearance and move to dismiss the claims asserted against them in Plaintiff's Complaint for Declaratory Relief for lack of personal jurisdiction. In support, the defendants rely on the Memorandum of Law and Declaration of Orestes G. Brown, submitted herewith.

WHEREFORE, the defendants, Orestes G. Brown, Esq. and Metaxas Brown Pidgeon LLP, respectfully request that the claims against them in the above-numbered Complaint for Declaratory Relief be dismissed, with prejudice.

                                             Respectfully submitted,

                                             /s/_____
                                             Orestes G. Brown, Esq.
                                             METAXAS BROWN PIDGEON LLP
                                             900 Cummings Center, Suite 207T
                                             Beverly, MA  01915
                                             978-927-8000
                                             obrown@metaxasbrown.com

Dated: June 19, 2015                      /s/_____
                                             Christopher J. Larson, Esq.
                                             Meub Gallivan & Larson, Attorneys, P.C.
                                             P.O. Box 811
                                             Rutland, VT  05702-0811
                                             802-747-0610
                                             larson@yourvtlawyer.com