UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2015 SEP 22 PM 4: 14

CLERK
BY_____
DEPUTY CLERK

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR J.P. MORGAN MORTGAGE ACQUISITION TRUST 2006-NC1, ASSET BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-NC1<br><br>    Plaintiff,<br><br>    v.<br><br>VERMONT MUTUAL INSURANCE COMPANY,<br>CRAIG A. GEARY,<br>ORESTES G. BROWN, ESQ.,<br>METAXAS BROWN PIDGEON, LLP,<br>ROBERT H. KIDNEY<br>And<br>THOMAS P. GUNN<br><br>    Defendants. | Civil Action No. 5:15-CV-90 |

### STIPULATION FOR ENTRY OF JUDGMENT ON VERMONT MUTUAL'S INTERPLEADER ACTION

The Parties to the above-captioned action, by and through their respective counsel, hereby stipulate and agree as follows:

1.   Judgment is hereby granted to Vermont Mutual Insurance Company ("Vermont Mutual") on Prayers A, C & D of its Counterclaim and Cross-Claim in Interpleader. Specifically, the insurance proceeds of $233,436.71 in dispute shall be accepted into the Registry of this Court without need for Motion pursuant to Fed. R. Civ. P. Rules 22 and 67(a) and held in an interest-bearing account for future disbursement according to the judgment of this Court; upon the Court's receipt of the insurance proceeds, Vermont Mutual Insurance Company shall be discharged from any further obligation to defend this action, discharged from any and all further liability with

1

respect to the foregoing insurance proceeds pursuant to 28 U.S.C. § 2361; and all other parties to this action shall be enjoined and restrained pursuant to 28 U.S.C. § 2361 from instituting or prosecuting any proceeding in any State or United States Court against Vermont Mutual affecting the insurance proceeds of $233,436.71, including but not limited to contesting Vermont Mutual's request that said insurance proceeds be paid into the Registry of this Court and held in an interest bearing account for future disbursement according to judgment of this Court.

2.   All parties agree that all claims that they have asserted or ever could have asserted against Vermont Mutual or in connection with Vermont Mutual's Counterclaim and Cross-Claim in Interpleader are dismissed with prejudice.

3.   All parties shall bear their own costs and fees in connection with claims against or by Vermont Mutual and shall not be responsible to any other party for any such costs or fees incurred in this proceeding.

Respectfully submitted,

U.S. BANK NATIONAL ASSOCIATION,
As Trustee for J.P. Morgan Mortgage Acquisition Trust 2006-NC1, Asset Back Pass-Through Certificates, Series 2006-NC1

By its attorneys,

PRETI, FLAHERTY, BELIVEAU & PACHIOS, LLP

Dated:  September 22, 2015

/s/ *Peter G. Callaghan*
Peter G. Callaghan, admitted *Pro Hac Vice*
P.O. Box 1318
Concord, NH 03302-1318
(603) 410-1500
pcallaghan@preti.com

Timothy D. Connolly, VT Bar # 4663
One City Center

2

                    P.O. Box 9546
                    Portland, ME 04114-9546
                    (207) 791-3000
                    tconnolly@preti.com

                    THOMAS GUNN and ROBERT KIDNEY

                    By their attorney,

Dated: September 22, 2015      /s/ *Richard Windish*
                    Richard Windish, Esq.
                    HAYES & WINDISH
                    45 Pleasant Street
                    Woodstock, VT 05091
                    (802) 457-2123
                    rwindish@hayes-windish.com

                    ORESTES G. BROWN, ESQ. and METAXAS
                    BROWN PIDGEON, LLP

                    By their attorneys,

Dated: September 22, 2015      /s/ *Christopher J. Larson*
                    Christopher J. Larson, Esq., VT Bar # 4322
                    MEUB GALLIVAN & LARSON,
                    ATTORNEYS, P.C.
                    P.O. Box 811
                    Rutland, VT 05702
                    802-747-0610
                    Larson@yourvtlawyer.com

Dated: September 22, 2015      /s/ *Orestes G. Brown*
                    Orestes G. Brown, Esq. admitted *Pro Hac Vice*
                    METAXAS BROWN PIDGEON LLP
                    900 Cummings Center, Suite 207T
                    Beverly, MA 01915
                    978-927-8000
                    obrown@metaxasbrown.com

9179678.1

VERMONT MUTUAL INSURANCE COMPANY

By its attorneys,

PRIMMER PIPER EGGLESTON & CRAMER PC

Dated: September 22, 2015

/s/ *Gregory Clayton*
Gregory Clayton
106 Main Street
P.O. Box 349
Littleton, NH 03561-0349
603-444-4008
gclayton@primmer.com

SO ORDERED.

_____
Geoffrey W. Crawford, U.S. District Judge

Dated:  22 September 2015

9179678.1