U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2015 OCT -6  AM 11: 35

CLERK
BY _____
DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**DISTRICT OF VERMONT**

U.S. BANK NATIONAL ASSOCIATION,      )
AS TRUSTEE FOR J.P. MORGAN            )
MORTGAGE ACQUISITION TRUST 2006-     )
NC1, ASSET BACKED PASS-THROUGH       )
CERTIFICATES, SERIES 2006-NC1        )
    Plaintiff,                       )
                                     )
    v.                               )      Civil Action No. 5:15-CV-90
                                     )
VERMONT MUTUAL INSURANCE             )
COMPANY, CRAIG A. GEARY,             )
ORESTES G. BROWN, ESQ., METAXAS      )
BROWN PIDGEON, LLP, ROBERT H.        )
KIDNEY and THOMAS P. GUNN,           )
    Defendants.                      )

## ORDER

    The Court has accepted the insurance proceeds of $233,436.71 in dispute into the Registry of this

Court, and therefore pursuant to the Parties' prior STIPULATION AND ORDER for Entry of Judgment

on Vermont Mutual's Interpleader Action (Document 38) dated September 22, 2015, it is hereby ordered

that:

1.    Vermont Mutual Insurance Company ("Vermont Mutual") is dismissed as a party herein with

    prejudice and discharged from any and all further liability with respect to the foregoing insurance

    proceeds pursuant to 28 U.S.C. § 2361.

2.    All other parties to this action are enjoined and restrained pursuant to 28 U.S.C. §2361 from

    instituting or prosecuting any proceeding in any State or United States Court against Vermont

    Mutual affecting the insurance proceeds of $233,436.71, including but not limited to contesting

    Vermont Mutual's request that said insurance proceeds be paid into the Registry of this Court and

    held in an interest bearing account for future disbursement according to judgment of this Court.

3.    All claims that other parties herein have asserted or ever could have asserted against Vermont

    Mutual or in connection with Vermont Mutual's Counterclaim and Cross-Claim in Interpleader

    are dismissed with prejudice.

4.    All parties shall bear their own costs and fees in connection with claims against or by Vermont Mutual and shall not be responsible to any other party for any such costs or fees incurred in this proceeding.

SO ORDERED.

Dated in Rutland, in the District of Vermont, on this 6th day of October, 2015.

_____
Geoffrey W. Crawford, U.S. District Judge