UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR J.P. MORGAN MORTGAGE ACQUISITION TRUST 2006-NC1, ASSET BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-NC1<br><br>   Plaintiff,<br><br>   v.<br><br>VERMONT MUTUAL INSURANCE COMPANY,<br>CRAIG A. GEARY,<br>ORESTES G. BROWN, ESQ.,<br>METAXAS BROWN PIDGEON, LLP,<br>ROBERT H. KIDNEY<br>And<br>THOMAS P. GUNN<br><br>   Defendants. | Civil Action No. 5:15-CV-90 |

## STIPULATION FOR DISMISSAL

NOW COME the remaining Parties to the above-captioned action, Plaintiff U.S. Bank National Association, as Trustee for J.P. Morgan Mortgage Acquisition Trust 2006-NC1, Asset Backed Pass-Through Certificates, Series 2006-NC1, and Defendants Orestes G. Brown, Esq. and Metaxas Brown Pidgeon, LLP, by and through their respective counsel, and hereby stipulate and agree that the case, including all claims, counterclaims and cross-claims, shall be dismissed with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and 41(c).  All parties shall bear their own costs and fees, and shall not be responsible to any other party for any such costs or fees, incurred in this proceeding.

9832986.2

                                                        Respectfully submitted,

                                                        U.S. BANK NATIONAL ASSOCIATION,
As Trustee for J.P. Morgan Mortgage Acquisition Trust 2006-NC1, Asset Back Pass-Through Certificates, Series 2006-NC1

By its attorneys,

PRETI, FLAHERTY, BELIVEAU & PACHIOS, LLP

Dated:  December 4, 2015        /s/ *Peter G. Callaghan*
Peter G. Callaghan, admitted *Pro Hac Vice*
P.O. Box 1318
Concord, NH 03302-1318
(603) 410-1500
pcallaghan@preti.com

Timothy D. Connolly, VT Bar # 4663
One City Center
P.O. Box 9546
Portland, ME 04114-9546
(207) 791-3000
tconnolly@preti.com

ORESTES G. BROWN, ESQ. and METAXAS BROWN PIDGEON, LLP

By their attorneys,

Dated: December 4, 2015        /s/ *Christopher J. Larson*
Christopher J. Larson, Esq., VT Bar # 4322
MEUB GALLIVAN & LARSON, ATTORNEYS, P.C.
P.O. Box 811
Rutland, VT 05702
802-747-0610
Larson@yourvtlawyer.com

Dated: December 4, 2015        /s/ *Orestes G. Brown*
Orestes G. Brown, Esq. admitted *Pro Hac Vice*
METAXAS BROWN PIDGEON LLP
900 Cummings Center, Suite 207T
Beverly, MA 01915
978-927-8000
obrown@metaxasbrown.com

STIPULATION APPROVED.  SO ORDERED.


_____
U.S. District Judge
Dated:

9832986.2