U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2015 DEC -7 AM 10: 18

CLERK

BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

U.S. BANK NATIONAL ASSOCIATION,
AS TRUSTEE FOR J.P. MORGAN
MORTGAGE ACQUISITION TRUST 2006-
NC1, ASSET BACKED PASS-THROUGH
CERTIFICATES, SERIES 2006-NC1,

Plaintiff,

v.

VERMONT MUTUAL INSURANCE
COMPANY,
CRAIG A. GEARY,
ORESTES G. BROWN, ESQ.,
METAXAS BROWN PIDGEON, LLP,
ROBERT H. KIDNEY
And
THOMAS P. GUNN,

Defendants.

Case No. 5:15-cv-90

## STIPULATION AND ORDER FOR DISMISSAL

NOW COME the remaining Parties to the above-captioned action, Plaintiff U.S. Bank National Association, as Trustee for J.P. Morgan Mortgage Acquisition Trust 2006-NC1, Asset Backed Pass-Through Certificates, Series 2006-NC1, and Defendants Orestes G. Brown, Esq. and Metaxas Brown Pidgeon, LLP, by and through their respective counsel, and hereby stipulate that the case, including all claims, counterclaims and cross-claims, shall be dismissed with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and 41(c). All parties shall bear their own costs and fees, and shall not be responsible to any other party for any such costs or fees, incurred in this proceeding.

9832986.2

Respectfully submitted,

U.S. BANK NATIONAL ASSOCIATION,
As Trustee for J.P. Morgan Mortgage Acquisition
Trust 2006-NC1, Asset Back Pass-Through
Certificates, Series 2006-NC1

PRETI, FLAHERTY, BELIVEAU & PACHIOS, LLP

Dated:  December 4, 2015            /s/ *Peter G. Callaghan*
Peter G. Callaghan, Esq.
P.O. Box 1318
Concord, NH 03302
(603) 410-1500

Timothy D. Connolly, Esq.
One City Center, P.O. Box 9546
Portland, ME 04114
(207) 791-3000


ORESTES G. BROWN, ESQ. and METAXAS
BROWN PIDGEON, LLP

Dated: December 4, 2015             /s/ *Christopher J. Larson*
Christopher J. Larson, Esq.
MEUB GALLIVAN & LARSON ATTORNEYS, P.C.
P.O. Box 811
Rutland, VT 05702
802-747-0610

Dated: December 4, 2015             /s/ *Orestes G. Brown*
Orestes G. Brown, Esq.
METAXAS BROWN PIDGEON LLP
900 Cummings Center, Suite 207T
Beverly, MA 01915
978-927-8000

SO ORDERED.

Dated at Rutland, in the District of Vermont, this ___ day of December, 2015.

Geoffrey W. Crawford, District Judge
United States District Court

2

9832986.2